Service of notice of a rule for assignment of errors must either be personal, or good reason be shown why it is not, and that it has been left at the last usual place of abode of the party, if he has removed from the county.

IN the matter of *Stratton*, and others, on a petition for the partition of lands, *the court* said, that the general guardian appointed by the *surrogate*, was not sufficient to authorise him to act for the infants, but a new appointment of a guardian must be made by the court, under the act.

On a petition for a partition of lands under the act, the court must appoint a guardian. The guardian appointed by the surrogate is not competent to act in the case.

### Meyer *against* M'Lean, *survivor*, &c.

THIS was an action for *debt*, on a judgment recovered in the court of common pleas, of the county of *Ulster.* The cause was tried at the circuit in *Ulster*, on the 26th of *June*, 1806.

The declaration was in the usual form. The defendant pleaded *nil debet*, and subjoined thereto a written notice that the defendant would give in evidence under that plea, that an execution had been issued on the judgment which had been duly levied and paid to the sheriff.

On the trial, after the record had been produced by the plaintiff, the defendant offered the special matter mentioned in the notice to his plea, in evidence, which was ob-

jected to by the plaintiff. This point being reserved, the jury, on the evidence, found a verdict for the defendant.

A motion was now made to set aside the verdict, and for a new trial, on two grounds. 1. That the plea was not an answer to the plaintiff's declaration. 2. If a good plea, it was not such a plea as would authorise the defendant to give any special matter in evidence under it.

*Fisk*, for the plaintiff.

*L. Elmendorf*, for the defendants.

*Per curiam.* By going to trial on the plea and notice, the plaintiff admitted the plea to be valid, as a general issue. The judge at *Nisi Prius* is not to decide on the pleadings; and he was right in admitting the evidence. This is an application for a new trial; but why should we award a new trial, if the plea be bad? A new trial is never granted for a defect in the pleadings. The plaintiff should have sought a different remedy.

Rule refused.